UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
IN RE: PARK AVENUE GARAGE, LCC          :       09 Civ. 6176 (RMB)
:
:       **ADMINISTRATIVE ORDER**
:
:
------------------------------------------------------------x

       The parties are hereby directed to appear before the Court at a status conference on July 21, 2009 at 9:00 a.m.

**SO ORDERED**.

Dated: New York, New York
       July 13, 2009

*RMB*
_____
Richard M. Berman, U.S.D.J.